UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COURTNEY GREEN,

                Plaintiff,

-against-

KELLY AND RYAN SHOW, et al.,

                Defendants.

1:22-CV-0237 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated January 12, 2022, the Court directed Plaintiff, within 30 days, to resubmit the signature page of the complaint with an original signature. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not submitted the signed signature page. Accordingly, this action is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    Plaintiff has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated:  March 14, 2022
           New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                 Chief United States District Judge