UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COURTNEY GREEN,

                 Plaintiff,

-against-

KELLY AND RYAN SHOW, et al.,

                 Defendants.

1:22-CV-0237 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued March 14, 2022, dismissing this action without prejudice,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice. Fed. R. Civ. P. 11(a).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    Plaintiff has consented to electronic service of court documents. (ECF 3.)

SO ORDERED.

Dated:   March 14, 2022
              New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                     Chief United States District Judge